COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 CHARLES OLA-OKELOLA 
 AND ALL OCCUPANTS OF 
 1609 GLENDORA COURT, 
 DENTON, TEXAS 76210
  
                                    
 Appellant,
  
 v.
  
 WELLS FARGO BANK, N.A., 
 A/K/A WACHOVIA MORTGAGE, 
 A DIVISION OF WELLS FARGO 
 BANK, N.A., AND FORMERLY
 KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD
 SAVINGS BANK, FSB,
  
                        
             Appellee. 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
  '
  
  '
  
  '
  
  '
  
  '
  
 
 
  
  
  
  
  
                   No. 08-12-00134-CV
  
                          Appeal from
  
 County Court at Law
 No. 2
  
 of Denton County,
 Texas
  
 (TC #
 CV-2012-00018)
 
 
 
 
  
 
 
  
 
 
  
 
 


                                                     MEMORANDUM
OPINION

 

This
appeal is before the Court on its own motion for determination of whether it
should be dismissed for want of prosecution. 
Finding that Appellant has not filed a brief or a motion for extension
of time, we dismiss the appeal.

Appellant
failed to file his brief on the due date. 
On June 1, 2012, the Clerk of the Court sent the parties a notice that
Appellant had not filed his brief or motion for extension of time.  Further, the notice advised the parties of
the Court’s intent to dismiss for want of prosecution unless one of the parties
responded showing grounds to continue the appeal.  No response has been received as of this
date.  

This
Court possesses the authority to dismiss an appeal for want of prosecution when
the appellant has failed to file her brief in the time prescribed, and gives no
reasonable explanation for such failure. 
Tex.R.App.P. 38.8(a)(1); Elizondo
v. City of San Antonio, 975 S.W.2d 61, 63 (Tex.App.--San Antonio 1998, no
pet.).  Because Appellant failed to file his
brief and has not responded to our inquiry, we dismiss the appeal for want of
prosecution pursuant to Tex.R.App.P.
38.8(a)(1), 42.3(b), and 42.3(c).

 

July 31, 2012                                       ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.